90 A.3d 482

Claudia Natalie CABRERA

v.

Cecelia R. PENATE, et al.

No. 110, Sept. Term, 2013.

Court of Appeals of Maryland.

May 1, 2014.

Jonathan S. Shurberg (Silver Spring, MD), on brief, for appellant.

Julia Doyle Bernhardt, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen. of Maryland, Jeffrey L. Darsie, Asst. Atty. Gen., Baltimore, MD), on brief, for appellees.

Bruce L. Marcus (Sydney M. Patterson, Marcusbonsib, LLC, Greenbelt, MD), on brief, for appellees.

Argued before BARBERA, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, McDONALD, WATTS, JJ.

PER CURIAM ORDER.

For reasons to be stated in an opinion later to be filed, it is this 1st day of May, 2014,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Prince George's County be, and it is hereby, affirmed. Costs to be paid by the Appellant. Mandate to issue forthwith.